# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: NICOLETTE M. COMERFORD  
PO BOX 2183  
CRYSTAL LAKE, IL  60039-2183  

SSN-xxx-xx-0847

Case Number: 04-75666

Case filed on: 11/12/2004  
Plan Confirmed on: 1/21/2005

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $85,910.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | WELLS FARGO HOME MORTGAGE INC | 0.00 | 0.00 | 60,887.61 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 60,887.61 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 205 | WELLS FARGO HOME MORTGAGE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | NICOLETTE M. COMERFORD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ECAST SETTLEMENT CORPORATION | 500.00 | 500.00 | 500.00 | 23.59 |
| 002 | GATEWAY CREDIT CARD PLAN | 200.00 | 200.00 | 200.00 | 9.64 |
| 003 | BLATT, HASENMILLER, LEIBSKER & MOORE | 800.00 | 800.00 | 800.00 | 37.70 |
| 004 | NATIONAL CITY BANK | 2,214.00 | 2,214.00 | 2,214.00 | 126.89 |
| 019 | GENERAL MOTORS ACCEPTANCE CORP | 23,477.87 | 0.00 | 0.00 | 0.00 |
| 021 | WELLS FARGO HOME MORTGAGE INC | 2,105.72 | 2,105.72 | 2,105.72 | 0.00 |
|  | Total Secured | 29,297.59 | 5,819.72 | 5,819.72 | 197.82 |
| 001 | ECAST SETTLEMENT CORPORATION | 2,619.76 | 2,619.76 | 996.35 | 0.00 |
| 002 | GATEWAY CREDIT CARD PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BLATT, HASENMILLER, LEIBSKER & MOORE | 2,233.19 | 2,233.19 | 849.32 | 0.00 |
| 004 | NATIONAL CITY BANK | 842.38 | 842.38 | 320.38 | 0.00 |
| 006 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 974.17 | 974.17 | 370.50 | 0.00 |
| 008 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CENTEGRA MEMORIAL MEDICAL CTR | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 1,345.65 | 1,345.65 | 511.78 | 0.00 |
| 011 | RESURGENT CAPITAL SERVICES | 15,582.67 | 15,582.67 | 5,926.40 | 0.00 |
| 012 | CITIBANK USA NA | 1,283.54 | 1,283.54 | 488.15 | 0.00 |
| 013 | WORLD FINANCIAL NETWORK NATIONAL BANK | 776.32 | 776.32 | 295.25 | 0.00 |
| 014 | MARSHALL FIELD | 514.42 | 514.42 | 195.64 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 3,568.01 | 3,568.01 | 1,356.98 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 3,529.61 | 3,529.61 | 1,342.38 | 0.00 |
| 017 | RESURGENT CAPITAL SERVICES | 3,658.98 | 3,658.98 | 1,391.59 | 0.00 |
| 018 | ROUNDUP FUNDING LLC | 846.95 | 846.95 | 322.12 | 0.00 |
| 020 | DANIEL COMERFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ECAST SETTLEMENT CORPORATION | 1,027.87 | 1,027.87 | 390.92 | 0.00 |
|  | Total Unsecured | 38,803.52 | 38,803.52 | 14,757.76 | 0.00 |
|  | Grand Total: | 70,801.11 | 47,323.24 | 84,165.09 | 197.82 |

Total Paid Claimant:      $84,362.91  
Trustee Allowance:        $1,547.09  
Percent Paid Unsecured:      38.03

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008                By  /s/Heather M. Fagan